# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CLIFTON EARL WAGNER SMITH ) | Case No: 1:07CR00032-005 |
| ) | USM No: 21970-058 |
| Date of Previous Judgment: 1/29/2008 ) | None |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 27 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 240 to 240 months | Amended Guideline Range: | 240 to 240 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The 2007 Edition of the Guidelines Manual (including Amendment 706) was applied in the original sentencing; therefore, there is no further reduction.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  1/29/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 30, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge